# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS KEITH KIEREN, JR.,
Petitioner,
vs.
THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING,
Respondent.

No. 75838

FILED

JUL 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on May 16, 2018, without payment of the requisite filing fee. On June 5, 2018, this court issued an order directing petitioner to pay the filing fee or submit an affidavit demonstrating his inability to pay. Petitioner filed a pro se motion regarding the filing fee but failed to include any financial documents. The order further advised that failure to comply would result in the dismissal of this petition. Accordingly, cause appearing, this petition is dismissed.[1]

It is so ORDERED.

_____, C.J.
Douglas

cc:   Dennis Keith Kieren, Jr.
      Attorney General/Carson City
      Pershing County Clerk

---

[1]Pro se's voluntary motion to dismiss filed on June 1, 2018, is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-26047